BESS M. BREWER, #100364
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **FOO H. SAETEURN,** | ) | Case No. 05-2236 CMK |
| | ) | |
| **Plaintiff,** | ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | ) | |
| **JO ANNE B. BARNHART** **Commissioner of Social Security** **of the United States of America,** | ) | |
| **Defendant.** | ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of June 26, 2006 to August 24, 2006.  This is plaintiff's first extension and is required due to plaintiff's attorney's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

1

2  Dated:  June 23, 2006                                /s/Bess M. Brewer
3                                                      BESS M. BREWER
                                                       Attorney at Law
4
                                                       Attorney for Plaintiff
5

6
   Dated: June 23, 2006                                McGregor W. Scott
7                                                      United States Attorney

8
                                                       By: /s/Bobbie J. Montoya
9                                                      BOBBIE J. MONTOYA
                                                       Assistant U.S. Attorney
10
                                                       Attorney for Defendant
11

12

13                                       **ORDER**

14

15  APPROVED AND SO ORDERED.

16  DATED:   June 26, 2006.

17

18                                       _____
19                                       **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

2