1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

7              IN THE UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9  FOO H. SAETEURN,                )   Case No. CIV- 05-2236 CMK
                                   )
10                                 )
                                   )
11                                 )
                                   )
12                                 )   STIPULATION AND ORDER
            Plaintiff,             )   EXTENDING PLAINTIFF'S TIME TO
13                                 )   FILE MEMORANDUM IN SUPPORT
   v.                              )   OF SUMMARY JUDGMENT
14                                 )
                                   )
15 JO ANNE B. BARNHART             )
   Commissioner of Social Security )
16 of the United States of America,)
                                   )
17          Defendant.              )
                                   )
18                                 )
   _____)
19

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

21 permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is

22 hereby extended from its current due date of August 24, 2006 to August 29, 2006.   This extension is

23 required due to plaintiff's attorney's heavy briefing schedule.

24 / / / /

25 / / / /

26 / / / /

27

28

                                                1

1

2  Dated: August 23, 2006                /s/Bess M. Brewer
3                                        BESS M. BREWER
                                         Attorney at Law
4
                                         Attorney for Plaintiff
5

6
   Dated: August 23, 2006                McGregor W. Scott
7                                        United States Attorney

8
                                         By: /s/Bobbie J. Montoya
9                                        BOBBIE J. MONTOYA
                                         Assistant U.S. Attorney
10
                                         Attorney for Defendant
11

12

13                                       **ORDER**

14

15 APPROVED AND SO ORDERED.

16 DATED:   August 28, 2006.

17

18                                       _____
19                                       **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

2