1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Fax: (916) 554-2900
5  MARIA V. DAQUIPA
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94105
7  Telephone: (415) 977-8943
   Fax: (916) 744-0134
8
   Attorneys for Defendant
9
               IN THE UNITED STATES DISTRICT COURT
10
             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
                       SACRAMENTO DIVISION
12
   FOO H. SAETEURN,                ) Case No. 2:05-CV-02236-CMK
13                                 )
             Plaintiff,            ) STIPULATION AND ORDER
14                                 )
        vs.                        )
15                                 )
   JO ANNE B. BARNHART,            )
16 Commissioner of Social          )
   Security,                       )
17                                 )
             Defendant.            )
18 _____  )

19      The parties hereby stipulate by counsel, with the Court's

20 approval as indicated by issuance of the attached Order, that

21 Defendant shall have a FIRST extension of time of 30 days to

22 respond to Plaintiff's motion for summary judgment.

23      Because of the large number of cases which await briefing by

24 the Commissioner, this case has been selected for reassignment to

25 a different attorney.  The new attorney will need additional time

26 to review the case and prepare the Commissioner's response to

27 Plaintiff's motion for summary judgment.

28

   Stip & Proposed Order Re Ext of D's Time - 05-cv-2236-CMK        Page 1

1      The current due date is SEPTEMBER 29, 2006.  The new due

2 date will be OCTOBER 29, 2006.

3      The parties further stipulate that the Court's Scheduling

4 Order shall be modified accordingly.

5
       IT IS SO ORDERED.
6
DATED:   October 2, 2006.
7

8

9                          CRAIG M. KELLISON
                           UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip & Proposed Order Re Ext of D's Time - 05-cv-2236-CMK          Page 2

1

2                              /s/ Bess M. Brewer
3                                  *(As authorized on*
       SEPTEMBER 26, 2006)
4                              BESS M. BREWER
                               Attorney at Law

5                              Attorney for Plaintiff

6

7                              McGREGOR W. SCOTT
                               United States Attorney
8                              BOBBIE J. MONTOYA
                               Assistant U.S. Attorney
9

10     By:  /s/ Bobbie J. Montoya for
                  (*As signed on* SEPTEMBER
11     26, 2006)
                  MARIA V. DAQUIPA
12                Special Assistant U.S.
       Attorney
13

14                             Attorneys for Defendant

15     OF COUNSEL:
       LUCILLE GONZALES MEIS
16     CHIEF COUNSEL, REGION IX
       UNITED STATES SOCIAL SECURITY
17     ADMINISTRATION

18
                                       ORDER
19

20                             APPROVED AND SO ORDERED.

21

22

23

24

25

26

27

28