```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
KATHERINE R. LOO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FOO H. SAETEURN,<br><br>       Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>       Defendant. | Case No. 2:05-cv-02236-CMK<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new administrative law judge (ALJ) hearing and decision. On remand, the ALJ will:

      1.   further evaluate the nature and severity of Plaintiff's alleged hearing loss, memory loss,

1             headaches, and depression;
2        2.   further evaluate Plaintiff's subjective
3             complaints;
4        3.   obtain a physical and mental consultative
5             evaluation to address the Plaintiff's claimed
6             impairments;
7        4.   if necessary, evaluate any mental impairment
8             pursuant to 20 C.F.R. §§ 404.1520a and 416.920a;
9        5.   further evaluate Plaintiff's residual functional
10            capacity; and
11       6.   if necessary, obtain vocational expert testimony
12            to clarify the effect of the assessed limitations
13            of the Plaintiff's occupational base.
14
15       It is further stipulated that the administrative decision
16  giving rise to this action is hereby vacated and that the Clerk
17  of this Court shall be directed to enter a separate judgment
18  herein, as provided for under Rules 58 and 79(a) of the Federal
19  Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509
20  U.S. 292, 113 S. Ct. 2625 (1993).
21  / / /
22  / / /
23  / / /
24
25
26
27
28

Stip & Proposed Order Re Remand (Sentence 4) - 2:05-CV-2236-CMK                Page 2

```
       /s/ Bess M. Brewer
            (As authorized on OCTOBER 12, 2006)
       BESS M. BREWER
       Attorney at Law

       Attorney for Plaintiff



       McGREGOR W. SCOTT
       United States Attorney
       BOBBIE J. MONTOYA
       Assistant U.S. Attorney

By:    /s/ Bobbie J. Montoya
            (As signed on OCTOBER 12, 2006)
       for
       KATHERINE R. LOO
       Special Assistant U.S. Attorney

       Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
ENRICO M. ALIS
ASSISTANT REGIONAL COUNSEL
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

DATED:   October 18, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE