McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
KATHERINE R. LOO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOO H. SAETEURN,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CASE NO. **2:05-CV-02236-CMK**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND EIGHT HUNDRED FIFTY AND 00/100 DOLLARS ($4,850.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's

SAETEURN v. Barnhart
EAJA Stip & Order
2:05-cv-02236-CMK                    **1**

liability under the EAJA in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

```
DATE:   November 16, 2006      /s/ Bess M. Brewer (as authorized on
                                November 15, 2006)
                               BESS M. BREWER
                               Attorney at Law

                               Attorney for Plaintiff


DATE:   November 16, 2006      McGREGOR W. SCOTT
                               United States Attorney
                               BOBBIE J. MONTOYA
                               Assistant U.S. Attorney

                          By:  /s/ Bobbie J. Montoya for
                               KATHERINE R. LOO
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
ENRICO M. SALIS
ASSISTANT REGIONAL COUNSEL
UNITED STATES SOCIAL SECURITY ADMINISTRATION

SAETEURN v. Barnhart
EAJA Stip & Order
2:05-cv-02236-CMK

**2**

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $4,850.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: November 16, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE